# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128992(23)

_____

IN RE SARA TATIANA NADIA FOX, Minor.

_____

CHRISTIAN FISHER and ANDREA FISHER,
          Petitioners-Appellees,

v

SC: 128992
COA: 258993
Wayne CC: 04-405143-AV
Wayne PC: 2002-651094-GM

SHALAAN FISHER,
          Respondent-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's order of August 12, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

*Corbin R. Davis*

Clerk

d0123